IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-76-FL

| | |
|---|---|
| SHARRON MARIE GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NORTH CAROLINA DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES ) | |
| DIVISION OF PUBLIC HEALTH ) | |
| NORTH CAROLINA VITAL RECORDS, ) | |
| ) | |
| Defendant. | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates regarding plaintiff Sharron Marie Glover's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2) (DE 1), and for a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion to proceed *in forma pauperis* is GRANTED, but the action is DISMISSED. The clerk of court is directed to close the case.

SO ORDERED, this the 15 day of April, 2013.

LOUISE W. FLANAGAN
United States District Judge