UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARRON MARIE GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | No. 5:13-CV-76-FL |
| OF HEALTH AND HUMAN SERVICES ) | |
| DIVISION OF PUBLIC HEALTH ) | |
| NORTH CAROLINA VITAL RECORDS, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 15, 2013, and for the reasons set forth more specifically within the Memorandum and Recommendation, that plaintiff's complaint is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 15, 2013, and Copies To:**

Sharron Marie Glover (via U.S. Mail) 107 West Cornwallis Road,
PO Box 51661, Durham, NC 27717

| | |
|---|---|
| April 15, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |